UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CAMERON BONNETT                                    CIVIL ACTION

VERSUS                                             NUMBER: 20-2937

U.S. DEPARTMENT OF AGRICULTURE                     SECTION: "I"(5)

## SCHEDULING ORDER

A preliminary conference was held on December 17, 2020. Participating were: Mark Berkowitz, Kerry Murphy, and Peter Mansfield.

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, except motions in limine, shall be filed and served in sufficient time to permit hearing thereon no later than **August 3, 2021**. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. Motions in limine shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court, except that motions in limine related to the qualification of an expert witness shall be filed not later than the date on which the pretrial order is due.

Counsel shall complete all disclosure of information as follows:

Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) have not been completed. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **December 31, 2020.**

Depositions for trial use shall be taken and all discovery shall be completed not later than **August 3, 2021**.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims shall be filed no later than **January 18, 2021**.

Counsel adding new parties subsequent to the mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff(s) fully setting forth all matters about which they will testify and the basis therefor, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **July 2, 2021.**

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendant(s), fully setting forth all matters about which they will testify and the basis therefor, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **August 3, 2021.**

Counsel for the parties shall file in the record and serve upon their opponent(s) a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial not later than **August 3, 2021**.

The Court will not permit any witness, expert or fact, to testify, or any exhibits to be used, unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed. A further settlement conference will be scheduled at any time at the request of any party to this action.

This case does not involve extensive documentary evidence, depositions or other discovery.

A Final Pretrial Conference will be held on **September 30, 2021 at 2:00 p.m.** before Magistrate Judge Michael B. North. Counsel will be prepared in accordance with the final Pretrial Notice attached.

The JURY trial will commence on **October 25, 2021 at 9:00 a.m.** Attorneys are instructed to report for trial not later than thirty (30) minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last approximately five (5) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and the Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut-off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana, this  21st  day of     December    , 2020.

                                          MICHAEL B. NORTH
                                  UNITED STATES MAGISTRATE JUDGE